# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138957

CONNER CREEK ACADEMY EAST,
　　　　Plaintiff-Appellee,

v

DEPARTMENT OF LABOR AND
ECONOMIC GROWTH and BUREAU
OF CONSTRUCTION CODES,
　　　　Defendant-Appellee,

and

CITY OF WARREN,
　　　　Intervening Defendant-Appellant.
_____/

SC: 138957
COA: 289241
Macomb CC: 07-004923-CZ

　　　　On order of the Court, the application for leave to appeal the April 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

d0831